Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Montag and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD M. MONTAG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., SCOTT KEOGH, and MARK GILLIES,<br><br>Defendants. | Case No. 2:21-cv-03678-MCS-AS<br><br>**MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Mark C. Scarsi<br>HEARING: August 2, 2021<br>TIME: 9:00 a.m.<br>CTRM: 7C – First Street Courthouse |

1

MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF
MOTION – Case No. 2:21-cv-03678-MCS-AS

Lead Plaintiff movant Gerald M. Montag ("Montag") respectfully submits this response to the competing Lead Plaintiff motion of Betty Jo Pheiffer ("Pheiffer"). Dkt. No. 12.

## I. INTRODUCTION

Two Lead Plaintiff motions were filed in this Court seeking appointment as Lead Plaintiff on behalf of all persons and entities who purchased or otherwise acquired the securities of Volkswagen AG ("Volkswagen" or together with its subsidiaries the "Company") between March 29, 2021 and March 30, 2021, inclusive (the "Class Period"), seeking to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act"). Dkt. Nos. 9 and 12.

Both Montag and Pheiffer claim an equally modest financial interest under $1,000 dollars in this litigation. As such, Montag and Pheiffer should be appointed Co-Lead Plaintiffs and their respective selections of counsel should be appointed Co-Lead Counsel.

MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF MOTION – Case No. 2:21-cv-03678-MCS-AS

## II. ARGUMENT

## A. MONTAG AND PHEIFFER SHOULD BE APPOINTED CO-LEAD PLAINTIFFS AS THEY HAVE EQUALLY MODEST FINANCIAL INTERESTS

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") requires a court to adopt a rebuttable presumption that "the most adequate plaintiff . . . is the person or group … that . . . has the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); *In re Cavanaugh*, 306 F.3d 725, 730 (9th Cir. 2002). While the PSLRA does not specify precisely how to calculate the "largest financial interest", a movant's approximate losses in the subject securities is the best measure. *Richardson v. TVIA*, 2007 WL 1129344 at * 4 (N.D. Cal. Apr. 16, 2007) (citing cases).

Here, each movants' financial interest is equally modest—both under $1,000. Under these unique circumstances the Court should appoint Montag and Pheiffer as Co-Lead Plaintiffs.

The appointment of Co-Lead Plaintiffs here will benefit the class. The statute of limitations for the claims in this case is 2 year from discovery, and the repose period is 5 years. 28 U.S.C.A. § 1658(b). The statute of limitations for subsequent class actions is not tolled; nor is the repose. *See China Agritech, Inc. v. Resh*, 138 S. Ct. 1800, 1808, 201 L. Ed. 2d 123 (2018) (statute of limitations not

3

tolled for Securities claims and explaining that "[d]istrict courts often permit aggregation of plaintiffs into plaintiff groups"); *California Pub. Employees' Ret. Sys. v. ANZ Sec., Inc.*, 137 S. Ct. 2042, 2055, 198 L. Ed. 2d 584 (2017) (statute of repose not tolled for securities claims). Therefore, the appointment of Co-Lead Plaintiffs will ensure that in the event either lead plaintiff is later found inadequate or atypical, the case can still proceed forward as a class action.

Indeed, Courts routinely find that the appointment of co-lead plaintiffs confers numerous benefits to the class, including, *inter alia*, shared resources, experience and expertise, as well as continuity and stability if a single lead plaintiff subsequently needs to withdraw as a class representative. *See e.g., Ferreira v. Funko, Inc.*, 2020 WL 3246328, at \*6 (C.D. Cal. June 11, 2020); *Johnson v. OCZ Tech. Grp., Inc.*, 2013 WL 75774, at \*3 (N.D. Cal. Jan. 4, 2013); *Robb v. Fitbit Inc.*, 2016 WL 2654351, at \*4–6 (N.D. Cal. May 10, 2016); *Lang v. Tower Group Int'l, Ltd.*, 2014 WL 12779212, at \*3 (S.D.N.Y. June 17, 2014); *Dolan v. Axis Capital Holdings Ltd.*, 2005 WL 883008, at \*5 (S.D.N.Y. Apr. 13, 2005).

As such, the Court should appoint Montag and Pheiffer as Co-Lead Plaintiffs and The Rosen Law Firm, P.A. and Pomerantz LLP as Co-Lead Counsel.

MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF MOTION – Case No. 2:21-cv-03678-MCS-AS

## II.    CONCLUSION

For the foregoing reasons, Montag and Pheiffer should be appointed Co-Lead Plaintiffs and The Rosen Law Firm P.A. as Co-Lead Counsel along with Pomerantz LLP.


Dated: July 12, 2021                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Laurence M. Rosen
                                        Laurence M. Rosen, Esq. (SBN 219683)
                                        355 South Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
                                        Telephone: (213) 785-2610
                                        Facsimile: (213) 226-4684
                                        Email: lrosen@rosenlegal.com

                                        *Counsel for Montag and [Proposed] Lead Counsel for the Class*

MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF MOTION – Case No. 2:21-cv-03678-MCS-AS

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 12, 2021, I electronically filed the following **MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 12, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

MEMORANDUM OF LAW OF GERALD M. MONTAG IN RESPONSE TO COMPETING LEAD PLAINTIFF MOTION – Case No. 2:21-cv-03678-MCS-AS