Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Montag and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD M. MONTAG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., SCOTT KEOGH, and MARK GILLIES, <br><br> Defendants. | Case No. 2:21-cv-03678-MCS-AS <br><br> **GERALD M. MONTAG'S RESPONSE TO THE UNTIMELY SUBMISSION BY BETTY JO PHEIFFER** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Mark C. Scarsi <br> HEARING: August 2, 2021 <br> TIME: 9:00 a.m. <br> CTRM: 7C – First Street Courthouse |

1

Lead Plaintiff Movant Gerald M. Montag ("Montag") respectfully submits this response to Betty Jo Pheiffer's ("Pheiffer") Reply Memorandum of Points and Authorities: (1) in Further Support of Motion of Betty Jo Pheiffer for Appointment as Lead Plaintiff and Approval of Counsel; and (2) in Opposition to Competing Motion. (Dkt. No. 17).

On July 12, 2021, Montag timely filed a response to Pheiffer's competing lead plaintiff motion explaining that both Montag and Pheiffer had equally modest financial interests of under $1,000. (Dkt. No. 16). As such, Montag requested that the Court appoint him and Pheiffer as co-lead plaintiffs and their respective counsel as co-lead counsel.

Two days later, on July 14, 2021, Pheiffer filed her opposition. The Court should reject the opposition as it is untimely.[1]

Additionally, the late opposition is evidence that co-lead plaintiffs are necessary to provide zealous representation. Pheiffer has not provided any reason for her late opposition. Moreover, Pheiffer's opposition does not specifically dispute that the appointment of co-lead plaintiffs would benefit the class here. Nor does she oppose or dispute that both The Rosen Law Firm, P.A. ("Rosen") and Pomerantz LLP ("Pomerantz") have and are working cooperatively and efficiently as co-lead counsel in other securities litigations.

---

[1] Pursuant to Rule 9(b) of the Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi, "Any motion that is filed and set for a hearing to be held fewer than 35 days from the date of the filing of the motion shall be briefed pursuant to Local Rule 6-1 and Local Rule 7." The competing motions were filed on June 29, 2021, noticing a hearing date of August 2, 2021 which was 34 days. Accordingly, pursuant to Local Rule 7-9, the opposition deadline was 21 days before the hearing date, or July 12, 2021.

2

GERALD M. MONTAG'S RESPONSE TO THE UNTIMELY SUBMISSION
BY BETTY JO PHEIFFER – Case No. 2:21-cv-03678-MCS-AS

While Pheiffer cites cases for the proposition that some courts do not permit unrelated investors to aggregate their losses in the hopes of creating the largest financial interest and be appointed lead plaintiff, those cases are distinguishable as Montag's and Pheiffer's losses are basically the same at under $1,000. Specifically, *In re Gemstar-TV Guide Int'l, Inc. Sec. Litig.*, 209 F.R.D. 447, 450-451 (C.D. Cal. 2002) and *Schriver v. Impac Mortg. Holdings, Inc.*, No. SACV 06-31 CJC RNBX, 2006 WL 6886020, at *9 (C.D. Cal. May 2, 2006) are unhelpful as the courts there rejected groups of co-lead plaintiffs consisting of seven and six members, respectively. Here, Montag suggests only two movants should be appointed co-lead plaintiffs. Further, *Mullen v. Wells Fargo & Co.*, Nos. C 20-07674 WHA et al., 2021 U.S. Dist. LEXIS 48402, at *12 (N.D. Cal. Mar. 15, 2021) is unavailing as the court rejected an individual investor's request to be appointed co-lead plaintiff with an institutional investor which had almost ten times the individual's losses. Here, the difference between Montag's and Pheiffer's losses are negligible.

In sum, the Court should appoint Montag and Pheiffer as Co-Lead Plaintiffs and Rosen and Pomerantz as Co-Lead Counsel.

Dated: July 19, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

3

GERALD M. MONTAG'S RESPONSE TO THE UNTIMELY SUBMISSION BY BETTY JO PHEIFFER – Case No. 2:21-cv-03678-MCS-AS

Email: lrosen@rosenlegal.com

*Counsel for Montag and [Proposed] Lead Counsel for the Class*

4

GERALD M. MONTAG'S RESPONSE TO THE UNTIMELY SUBMISSION
BY BETTY JO PHEIFFER – Case No. 2:21-cv-03678-MCS-AS

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 19, 2021, I electronically filed the following **GERALD M. MONTAG'S RESPONSE TO THE UNTIMELY SUBMISSION BY BETTY JO PHEIFFER** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 19, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

GERALD M. MONTAG'S RESPONSE TO THE UNTIMELY SUBMISSION BY BETTY JO PHEIFFER – Case No. 2:21-cv-03678-MCS-AS