POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Lead Plaintiff Betty Jo Pheiffer*
*and Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD M. MONTAG, Individually and on behalf of all others similarly situated, | Case No. 2:21-cv-03678-MCS-AS |
| Plaintiff, | RESPONSE OF LEAD PLAINTIFF BETTY JO PHEIFFER TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. NO. 20) |
| v. | |
| VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., SCOTT KEOGH, and MARK GILLIES, | |
| Defendants. | |

Lead Plaintiff Betty Jo Pheiffer hereby responds to the Court's Order to Show Cause why this action (the "Action") should not be dismissed for lack of prosecution, entered on July 31, 2021 (the "Order") (Dkt. No. 20).

The initial Complaint in this Action was filed on April 30, 2021, by Plaintiff Gerald M. Montag, represented by The Rosen Law Firm, P.A. ("Rosen"). *See generally* Dkt. No. 1. The Action is a putative class action arising under the Securities Exchange Act of 1934, and as such is governed by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Pursuant to the PSLRA, any motions for appointment of Lead Plaintiff and Lead Counsel in the Action were due to be filed within sixty (60) days of publication of the notice of pendency of the Action—here, on or before June 29, 2021.

On June 29, 2021, two members of the putative Class filed motions seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel: (i) Mr. Montag, seeking approval of his selection of Rosen as Lead Counsel (Dkt. No. 9); and (ii) Ms. Pheiffer, seeking approval of her selection of Pomerantz LLP ("Pomerantz") as Lead Counsel (Dkt. No. 12).

On July 21, 2021, the Court entered an Order granting Ms. Pheiffer's motion, appointing her as Lead Plaintiff and approving Pomerantz as Lead Counsel for the Class (the "Lead Plaintiff Order"). Dkt. No. 19. As Ms. Pheiffer was not the initial Plaintiff in this Action, and Pomerantz was not counsel to the initial Plaintiff in this Action, neither Ms. Pheiffer nor her counsel had previously been in a position to effect, nor responsible

for effecting, service of the summons and Complaint upon the Defendants. Following entry of the Lead Plaintiff Order, at which point Ms. Pheiffer and Pomerantz became responsible for the prosecution of this Action, Pomerantz promptly undertook efforts to effect service of the summons and Complaint upon all Defendants.

After commencing its initial efforts to serve the Defendants, Pomerantz was contacted by Defendants' counsel, and the parties shortly thereafter entered into and filed a stipulation pursuant to which, in relevant part: (i) Defendants accepted service of the initial Complaint; and (ii) Lead Plaintiff and Defendants set a schedule for the filing of an Amended Complaint, Defendants' response to the same, and all briefing associated with any motion(s) to dismiss. Dkt. No. 23.

Lead Plaintiff respectfully submits that the foregoing facts constitute good cause why this action should not be dismissed for lack of prosecution.

DATED: August 16, 2021

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Betty Jo Pheiffer and Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067

Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiff Betty
Jo Pheiffer and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti