UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:21-cv-03678-MCS-AS** | Date | August 18, 2021 |
| Title | ***Montag v. Volkswagen AG*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 25) AND SCHEDULING STIPULATION (ECF NO. 28)**

The Court ordered Lead Plaintiff Betty Jo Pheiffer to show cause why the case should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). (OSC, ECF No. 20.) Pheiffer filed a response. (Resp., ECF No. 25.) Good cause appearing, the Court discharges the order to show cause and extends the time to complete service to August 30, 2021. Fed. R. Civ. P. 4(m).

The parties filed a stipulation setting a schedule for filing anticipated pleadings and motions. (Stip., ECF No. 28.) The stipulation seeks relief exceeding what is permitted under the Court's standing order. (*See* Initial Standing Order § 9(b), ECF No. 8 (authorizing self-executing stipulations pertaining only to briefing schedules for motions set for hearing over 70 days from filing).)

The Court denies the stipulation. The Court generally requires cases to be ready for trial within 18 months of filing, if not earlier. The parties' proposed schedule would set a hearing on a motion to dismiss no earlier than March 23, 2022, nearly a year after the inception of the case. The Court will not sanction such an unhurried pace of litigation. *See* Fed. R. Civ. P. 1 (requiring court and parties to

employ procedural rules "to secure the just, speedy, and inexpensive determination of every action and proceeding"); *Avila v. Willits Env't Remediation Trust*, 633 F.3d 828, 833 (9th Cir. 2011) ("[D]istrict judges have broad discretion to manage discovery and to control the course of litigation under Federal Rule of Civil Procedure 16.").

**IT IS SO ORDERED.**