POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Lead Plaintiff Betty Jo Pheiffer*
*and Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD M. MONTAG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., SCOTT KEOGH, and MARK GILLIES, <br><br> Defendants. | Case No. 2:21-cv-03678-MCS-AS <br><br><br> RESPONSE OF LEAD PLAINTIFF BETTY JO PHEIFFER TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. NO. 32) |

Lead Plaintiff Betty Jo Pheiffer ("Lead Plaintiff" or "Pheiffer") hereby responds to the Court's Order to Show Cause why this action (the "Action") should not be dismissed for lack of timely prosecution, entered on August 31, 2021 (the "OSC") (Dkt. No. 32).

The initial Complaint in this Action was filed on April 30, 2021, by Plaintiff Gerald M. Montag ("Montag"), represented by The Rosen Law Firm, P.A. ("Rosen"). *See generally* Dkt. No. 1. The Action is a putative class action arising under the Securities Exchange Act of 1934, and as such is governed by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Pursuant to the PSLRA, any motions for appointment of Lead Plaintiff and Lead Counsel in the Action were due to be filed within sixty (60) days of publication of the notice of pendency of the Action—here, on or before June 29, 2021.

On June 29, 2021, two members of the putative Class filed motions seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel: (i) Montag, seeking approval of his selection of Rosen as Lead Counsel (Dkt. No. 9); and (ii) Pheiffer, seeking approval of her selection of Pomerantz LLP ("Pomerantz") as Lead Counsel (Dkt. No. 12).

On July 21, 2021, the Court entered an Order granting Pheiffer's motion, appointing her as Lead Plaintiff and approving Pomerantz as Lead Counsel for the Class (the "Lead Plaintiff Order"). Dkt. No. 19.

Following entry of the Lead Plaintiff Order, at which point Pheiffer and Pomerantz—rather than Montag and Rosen—became responsible for the prosecution of this Action, Pomerantz promptly undertook efforts to effect service of the summons and Complaint upon the above-captioned defendants (the "Defendants" and, together with Lead Plaintiff, the "Parties").

After commencing initial efforts to serve the Defendants, Pomerantz was contacted by Defendants' counsel, and the Parties shortly thereafter entered into and filed a stipulation pursuant to which, in relevant part: (i) Defendants agreed to accept service of the initial Complaint and Lead Plaintiff's proposed Amended Complaint; and (ii) the Parties proposed a schedule for the filing of an Amended Complaint and Defendants' response to the same, while agreeing to meet and confer regarding deadlines associated with any motion to dismiss.  Dkt. No. 28.

On August 18, 2021, the Court entered an Order denying the Parties' stipulation, stating that "[t]he Court generally requires cases to be ready for trial within 18 months of filing, if not earlier" and "extend[ing] the time to complete service to August 30, 2021." Dkt. No. 29.

On August 30, 2021, Lead Plaintiff and Defendants submitted a second stipulation, pursuant to which, in relevant part: (i) Defendants again agreed to accept service of the initial Complaint and Lead Plaintiff's proposed Amended Complaint; and (ii) the Parties proposed that the Lead Plaintiff file an Amended Complaint on or before October 4, 2021,

while agreeing to promptly meet and confer after the filing of the Amended Complaint and jointly submit for the Court's consideration a proposed schedule for the filing of Defendants' response to the Amended Complaint.  Dkt. No. 30.

On August 31, 2021, the Court entered an Order denying the Parties' scheduling stipulation (Dkt. No. 32) and also entered the OSC, requiring a response within fourteen (14) days.

On September 14, 2021, Lead Plaintiff filed waivers of service executed on behalf of all Defendants by their counsel.  *See* Dkt. Nos. 35-38.

NOW, THEREFORE:

1) Lead Plaintiff respectfully submits that the foregoing facts constitute good cause why this Action should not be dismissed for lack of prosecution.

2) Lead Plaintiff respectfully intends to file an Amended Complaint on or before October 4, 2021.

3) Promptly after the filing of the Amended Complaint, counsel for the Parties will meet and confer and jointly submit for the Court's consideration a proposed schedule regarding all briefing and argument associated with any motion(s) to dismiss pursuant to Local Rule 7-3 and the Initial Standing Order, Section 10(a), and Lead Plaintiff respectfully requests a status conference to the extent that the Court desires further discussion of any scheduling matters related to this Action.

DATED:  September 14, 2021                    Respectfully submitted,

                                             POMERANTZ LLP

                                             */s/ Jennifer Pafiti*
                                             Jennifer Pafiti (SBN 282790)
                                             1100 Glendon Avenue, 15th Floor
                                             Los Angeles, CA 90024
                                             Telephone: (310) 405-7190
                                             jpafiti@pomlaw.com

                                             *Counsel for Lead Plaintiff Betty Jo Pheiffer*
                                             *and Lead Counsel for the Class*

                                             PORTNOY LAW FIRM
                                             Lesley F. Portnoy, Esq.
                                             1800 Century Park East, Suite 600
                                             Los Angeles, California 90067
                                             Telephone: (310) 692-8883
                                             lesley@portnoylaw.com

                                             *Additional Counsel for Lead Plaintiff Betty*
                                             *Jo Pheiffer and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti