JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD M. MONTAG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., SCOTT KEOGH, and MARK GILLIES,<br><br>Defendants. | Case No. 2:21-cv-03678-MCS-AS<br><br>**JUDGMENT** |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m),

IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 16, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE